1  Jonathan H. Siegel   #78143
   Latika Malkani   #184301
2  Sarah Beard   #240340
   SIEGEL & LEWITTER
3  1939 Harrison Street, Suite 307
   Oakland, California  94612
4  (510) 452-5000
   (510) 452-5004 (fax)
5  email: jsiegel@sl-employmentlaw.com
          lmalkani@sl-employmentlaw.com
6          sbeard@sl-employmentlaw.com

7  Attorneys for Defendants

8
                IN THE UNITED STATES DISTRICT COURT
9
          FOR THE CENTRAL DISTRICT OF CALIFORNIA,
10
                      WESTERN DIVISION
11

12 SERVICE EMPLOYEES                 ) Case No. CV08-02777 (JFW)
   INTERNATIONAL UNION,              )
13                                   ) **NOTICE OF LODGING**
                Plaintiffs,          )
14                                   )
                                     )
15       v.                          )
                                     )
16 SAL ROSSELLI, JORGE RODRIGUEZ,    )
   LORI WYMAN, JOAN EMSLIE, DAVID    )
17 SHAPIRO, STANLEY LYLES, NANCY     )
   EVANS, MARTHA VASQUEZ, ROSIE      )
18 BYERS, and ROY CHAFFEE,           )
                                     )
19              Defendants.          ) DEMAND FOR JURY TRIAL
   _____   )
20
         PLEASE TAKE NOTICE that defendants, Sal Rosselli, Jorge Rodriguez,
21
   Lori Wyman, Joan Emslie, David Shapiro, Stanley Lyles, Nancy Evans, Martha
22
   Vasquez, Rosie Byers and Roy Chaffee hereby lodge with this Court the attached
23
   [Proposed] Judgment.
24

25 DATED: July 25, 2008                 SIEGEL & LEWITTER

26

27                               By:      /s/ Jonathan H. Siegel
                                       Jonathan H. Siegel
28                                     Latika Malkani

                                       Attorneys for Defendants

*Siegel &*
*LeWitter*

1939 Harrison Street
Suite 307
Oakland, CA  94612
(510) 452-5000
(510) 452-5004 (fax)