Jonathan H. Siegel   #78143
Latika Malkani     #184301
Sarah Beard   #240340
SIEGEL & LEWITTER
1939 Harrison Street, Suite 307
Oakland, California  94612
(510) 452-5000
(510) 452-5004 (fax)
email: jsiegel@sl-employmentlaw.com
           lmalkani@sl-employmentlaw.com
           sbeard@sl-employmentlaw.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, | Case No. CV08-02777 (JFW) |
| Plaintiffs, | **[PROPOSED] JUDGMENT** |
| v. | |
| SAL ROSSELLI, JORGE RODRIGUEZ, LORI WYMAN, JOAN EMSLIE, DAVID SHAPIRO, STANLEY LYLES, NANCY EVANS, MARTHA VASQUEZ, ROSIE BYERS, and ROY CHAFFEE, | |
| Defendants. | DEMAND FOR JURY TRIAL |

Defendants' Motion to Dismiss the First Amended Complaint, for Failure to State a Claim Upon Which Relief Can Be Granted, is GRANTED with respect to all ten defendants, as follows:

Plaintiff's First Claim for Relief, and Second Claim for Relief for violation of section 301(1) of the LMRA, 29 U.S.C. 185(a) are dismissed with prejudice.  To the extent Plaintiff's Second Claim for Relief for state-law-breach of contract is based on a contract between labor organizations, it is dismissed with prejudice.  To

*Siegel &
LeWitter*

1939 Harrison Street
Suite 307
Oakland, CA  94612
(510) 452-5000
(510) 452-5004 (fax)

1

[PROPOSED] ORDER – Case No. CV08-02777 (JFW)

the extent Plaintiff's Second Claim for Relief for state-law breach of contract is not based on a contract between labor organizations, it is dismissed without prejudice. Plaintiff's Third Claim for Relief is dismissed without prejudice.

The First Amended Complaint is dismissed in its entirety against the ten named defendants, namely Sal Rosselli, Jorge Rodriguez, Lori Wyman, Joan Emslie, David Shapiro, Stanley Lyles, Nancy Evans, Martha Vasquez, Rosie Byers and Roy Chaffee. Having dismissed all claims against all parties in this action, this Court thus directs entry of this judgment as a final adjudication of this action.

The ten defendants jointly to recover costs as prevailing parties in this litigation, subject to filing a timely Notice of Application to the Clerk to Tax Costs and a proposed Bill of Costs as required by FRCP Rule 54 and this Court's Local Rule 54-3. After costs are taxed, the Clerk shall here note the amount of costs: $_____.

Any motion or application for attorneys fees shall be served and filed within fourteen (14) days after the entry of judgment, in accordance with Local Rule 54-12.

Dated: _____        _____
                                Hon. John F. Walter,
                                United States District Judge

*Siegel & LeWitter*

*1939 Harrison Street
Suite 307
Oakland, CA 94612
(510) 452-5000
(510) 452-5004 (fax)*

2
[PROPOSED] ORDER – Case No. CV08-02777 (JFW)