1
2                                                              **JS-6**
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  SERVICE EMPLOYEES            )  Case No. **CV 08-2777-JFW (PLAx)**
    INTERNATIONAL UNION,         )
12                               )  **JUDGMENT**
                Plaintiff,       )
13                               )
         v.                      )
14                               )
    SAL ROSSELLI, JORGE          )
15  RODRIGUEZ, LORI WYMAN, JOAN  )
    EMSLIE, DAVID SHAPIRO,       )
16  STANLEY LYLES, NANCY EVANS,  )
    MARTHA VASQUEZ, ROSIE        )
17  BYERS, and ROY CHAFFEE,      )
                                 )
18              Defendants.      )
    _____)
19

20       Pursuant to and for the reasons stated in the Court's
21  Minute Order dated July 22, 2008, Defendants' Motion to
22  Dismiss the First Amended Complaint for Failure to State a
23  Claim Upon Which Relief Can Be Granted is GRANTED as to
24  Defendants Sal Rosselli, Jorge Rodriguez, Lori Wyman, Joan
25  Emslie, David Shapiro, Stanley Lyles, Nancy Evans, Martha
26  Vasquez, Rosie Byers, and Roy Chaffee ("Defendants") as
27  follows:
28

1        1.   Plaintiff's First Claim for Relief, and Second Claim
2   for Relief for violation of section 301(a) of the Labor
3   Management Relations Act, 29 U.S.C. 185(a) are dismissed with
4   prejudice;
5        2.   To the extent Plaintiff's Second Claim for Relief
6   for state-law breach of contract is based on a contract
7   between labor organizations, it is dismissed with prejudice;
8   and
9        3.   Because the Court dismisses the only claims over
10  which this Court has original jurisdiction, the Court
11  declines to exercise supplemental jurisdiction over the
12  remaining state law claims pursuant to 28 U.S.C. § 1367(d).
13  Therefore, to the extent Plaintiff's Second Claim for Relief
14  for state-law breach of contract is not based on a contract
15  between labor organizations, it is dismissed without
16  prejudice.  Plaintiff's Third Claim for Relief is dismissed
17  without prejudice.
18       For the foregoing reasons, the First Amended Complaint is
19  dismissed in its entirety against Defendants, and the Court
20  hereby enters final judgment in favor of all Defendants, and
21  against Plaintiff.
22       Defendants shall jointly recover costs as prevailing
23  parties in this litigation, subject to filing a timely Notice
24  of Application to the Clerk to Tax Costs and a proposed Bill
25  of Costs as required by Federal Rule of Civil Procedure 54
26  / / /
27  / / /
28  / / /

```
 1  and this Court's Local Rule 54-3.  After costs are taxed, the
 2  Clerk shall here note the amount of costs:
 3  $_____.
 4       The Clerk is ordered to enter this Judgment.
 5
 6
 7  Dated: July 31, 2008                 _____
                                         JOHN F. WALTER
 8                                       UNITED STATES DISTRICT JUDGE
 9
10
...
28
```